```
                                              U.S. DISTRICT COURT
                                              DISTRICT OF NEW HAMPSHIRE
        UNITED STATES DISTRICT COURT
                                              DEC 15 2014
        DISTRICT OF NEW HAMPSHIRE
                                              FILED
```

James Walsh,
    Plaintiff

    v.                              Civil No. 12-cv-72-SM

Zurich American Insurance Company;
American Zurich Insurance Company; and
Universal Underwriters Insurance Company,
    Defendants


## JURY VERDICT FORM

I.   <u>The APCO Deal</u>.

    A.   As to plaintiff's claim that defendants breached the August 2008 Incentive Plan by failing to fully compensate him for the APCO deal, we, the jury, find in favor of:

          __✓__     The Plaintiff

          _____     The Defendants

        **If you found in favor of <u>plaintiff</u>, please go on and respond to question "B."**

        **If you found in favor of <u>defendants</u>, please leave question "B" blank, and proceed to the next section.**

    B.   Do you find that defendants withheld from plaintiff compensation that he was due for the APCO deal willfully and without good cause?

          __✓__     Yes, defendants acted willfully and without good cause.

          _____     No, defendants did not act willfully and without good cause.

II. <u>The GAIC Deal</u>.

    A. As to plaintiff's claim that defendants breached the February 2009 Incentive Plan by failing to fully compensate him for the GAIC deal, we, the jury, find in favor of:

        __✓__    The Plaintiff

        _____    The Defendants

**If you found in favor of <u>plaintiff</u>, please go on and respond to question "B."**

**If you found in favor of <u>defendants</u>, please leave question "B" blank. Your deliberations are complete and you may notify the Court Security Officer.**

    B. Do you find that defendants withheld from plaintiff compensation that he was due for the GAIC deal willfully and without good cause?

        __✓__    Yes, defendants acted willfully and without good cause.

        _____    No, defendants did not act willfully and without good cause.

Dated: December _15_, 2014

                                                _____
                                                   Jury Foreperson